UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER LOWER : Docket No.:
MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
------------------------------------------------------------ :
:
ZOILA PASTUIZACA, :
: Case No.:
: 07-CV-05308-AKH
Plaintiffs, :
:
- against - : NOTICE OF APPEARANCE
: BY DEFENDANT
WESTON SOLUTIONS, INC., *et al*, : **WESTON SOLUTIONS, INC.**
:
Defendants. :
:
-------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

    PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below.  The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
       January 2, 2008

3056877.1

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: \_/s/ Jason Harrington\_\_\_\_\_
    Jason Harrington (JH7273)
    Attorneys for Defendant
    Weston Solutions, Inc.
    150 E 42nd Street
    New York, NY 10017
    (212) 490-3000 (p)
    (212) 490-3038 (f)

To: All parties via ECF