UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
----------------------------------------------------------------X
ZOILA PASTUIZACA (AND HUSBAND, LUIS   :   07-CV-05308-AKH
F PASTUIZACA),                        :
:
                  Plaintiffs,   :   **APPEARANCE**
:
  - against -                        :   **ELECTRONICALLY FILED**
:
90 CHURCH STREET LIMITED              :
PARTNERSHIP LLC, *et al.*,            :
:
                  Defendants.   :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
        January 18, 2008

                                 By:     /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.