Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :
IN RE WORLD TRADE CENTER LOWER      :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION   :
                                      :
-------------------------------------------------------------X
ZOILA PASTUIZACA (AND HUSBAND, LUIS :   07-CV-05308-AKH
F. PASTUIZACA)                                :
                                      :
                         Plaintiffs, :   **NOTICE OF ADOPTION**
                                      :   **OF ANSWER**
   - against -                             :   **TO MASTER COMPLAINT**
                                      :   **BY MERRILL LYNCH**
90 CHURCH STREET LIMITED              :
PARTNERSHIP, *et al.*,                     :   **ELECTRONICALLY FILED**
                                      :
                     Defendants. :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 18, 2008

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendant*
MERRILL LYNCH & CO., INC.