Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|
| ZOILA PASTUIZACA | INDEX NO.: 07CV05308 (AKH) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | **ELECTRONICALLY FILED** |
| 90 CHURCH STREET LIMITED PARTNERSHIP, ET AL., | |
| Defendants. | |

COUNSELOR:

      PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       May 30, 2008

                Yours etc.,

                McElroy, Deutsch, Mulvaney & Carpenter, LLP
                *Attorneys for Defendant*
                *Ambient Group, Inc.*

                By:_____
                    Richard S. Mills (RM-0206)
                    John P. Cookson (JPC-9391)
                    Wall Street Plaza
                    88 Pine Street, 24th Floor
                    New York, New York 10005
                    (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267.3700

        Gregory J. Cannata, Esq.
        Robert A. Grochow, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 553.9206

        James E. Tyrrell, Jr., Esq.
        Patton Boggs LLP
        One Riverfront Plaza
        Newark, New Jersey 07102
        (973) 848.5600

        Thomas A. Egan, Esq.
        Fleming Zulack Williamson Zauderer, LLP
        One Liberty Plaza
        New York, New York 10006-1404
        (212) 412.9500

## CERTIFICATION OF SERVICE

      I hereby certify that on the 30th day of May 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                           McElroy, Deutsch, Mulvaney & Carpenter LLP

                           By: _____
                                Richard S. Mills (RM-0206)
                                John P. Cookson (JPC-9391)
                                Attorney for Defendant
                                AMBIENT GROUP, INC.
                                Wall Street Plaza
                                88 Pine Street, 24th Floor
                                New York, New York 10005
                                (212) 483-9490